IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEE A. FOSTER, JR.  PLAINTIFF
ADC #142627

V.  NO. 4:24-cv-00047-JM

DOE  DEFENDANT

## ORDER

*Pro se* plaintiff Lee. A Foster, an Arkansas Division of Correction inmate, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 1*.

Mr. Foster has now moved to voluntarily dismiss the claims raised in this lawsuit. *Doc. 5*.

The Court withdraws the reference.

Mr. Foster's motion (*Doc. 5*) is GRANTED. Mr. Foster's claims are dismissed, without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The Clerk is directed to close this case.

IT IS SO ORDERED this 21st day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE